UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUKA KVINIKADZE, individually and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>CSC HOLDINGS, LLC, ALTICE USA, INC., ALTICE TECHNICAL SERVICES US CORP., ASI FIBER GROUP, AND GUREEV LLC,<br><br>Defendants. | Case No. 1:23-cv-2922-KAM-MMH |

## DEFENDANT GUREEV LLC SUGGESTION OF BANKRUPTCY

PLEASE TAKE NOTICE that on September 22, 2023, defendant Gureev LLC filed a voluntary petition in the United States Bankruptcy Court for the Eastern District of New York for relief under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the case In re Gureev LLC, Case No. 1-23-43421-ess. A copy of the filing receipt is attached hereto as Exhibit "A".

PLEASE TAKE FURTHER NOTICE that pursuant to section 362(a) of the Bankruptcy Code, the Debtor's filing of its voluntary petition operates as a stay, applicable to all entities, of, among other things: (a) the commencement or continuation of all judicial, administrative, or other actions or proceedings against the Debtor (i) that were or could have been commenced before the commencement of the Debtor's case or (ii) to recover any claims against the Debtor that arose before the commencement of the Debtor's cases; (b) the enforcement, against the Debtor or against any property of the Debtor's bankruptcy estates, of a judgement obtained before the commencement of the Debtor's cases; or (c) any act to obtain possession of property of or from

the Debtor's bankruptcy estate, or to exercise control over property of the Debtor's bankruptcy estate.

Dated: September 26, 2023
New York, New York

                              Respectfully submitted,

                              _____/s/Olga Aleinik_____
                              Olga Aleinik, Esq.
                              ALEINIK LAW FIRM PLLC
                              42 W 38th Street
                              Suite 1002
                              New York, NY 10018
                              Telephone: (718) 909 1989
                              Oaleinik@aleiniklaw.com

                              *Attorney for Gureev LLC*

# EXHIBIT A

United States Bankruptcy Court
Eastern District of New York

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 11 of the United States Bankruptcy Code, entered on 09/22/2023 at 10:44 PM and filed on 09/22/2023.

**Gureev LLC**
2213 60th Street
Brooklyn, NY 11204
Tax ID / EIN: 36-4827635



The case was filed by the debtor's attorney:

**Alla Kachan**
Law Offices of Alla Kachan P.C.
2799 Coney Island Avenue
Suite 202
Brooklyn, NY 11235
718-513-3145

The case was assigned case number 1-23-43421-ess to Judge Elizabeth S. Stong.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page https://ecf.nyeb.uscourts.gov/ or at the Clerk's Office, 271-C Cadman Plaza East, Suite 1595, Brooklyn, NY 11201-1800.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Robert A. Gavin, Jr.**
**Clerk, U.S. Bankruptcy Court**

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/26/2023 13:01:11 | | | |
| **PACER Login:** | allakach76 | **Client Code:** | |
| **Description:** | Notice of Filing | **Search Criteria:** | 1-23-43421-css |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |