February 1, 2024

**VIA ECF**

Hon. Marcia M. Henry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    **Re:**  *Kvinikadze v. Optimum et al*; **Case No. 1:23-cv-02922-MMH**

Dear Judge Henry:

This joint letter is submitted by all parties to provide the Court with the fully executed copy of the Settlement Agreement in the above referenced matter, as set forth in the parties' January 23, 2024, joint motion for settlement approval pursuant to *Cheeks*.

Should the Court have any questions, please do not hesitate to contact us.

        Sincerely,
        /s/
        Rachel M. Haskell, Esq.

cc:  All Counsel (via ECF)