UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------X

LUKA KVINIKADZE, individually and on behalf
of all others similarly situated,

                            Plaintiffs,

        -against-                             Civ. No.: 1:23-cv-2922

CSC HOLDINGS, LLC, ALTICE USA, INC.,
ALTICE TECHNICAL SERVICES US CORP.,
ASI FIBER GROUP, and GUREEV LLC,

                            Defendants.

---------------------------------------------------------X

### STIPULATION AND ORDER OF FINAL DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff LUKA KVINIKADZE ("Plaintiff") and Defendants AMIX SERVICES, INC., d/b/a ASI FIBER GROUP ("ASI" or "Defendant"), CSC Holdings, LLC, and Altice USA, Inc..[1] ("Altice Defendants") (collectively "Defendants") that the parties' FAIR LABOR STANDARDS ACT SETTLEMENT AND RELEASE AGREEMENT ("Agreement") having been found to constitute a fair and reasonable compromise of a *bona fide* dispute, this action is dismissed, with prejudice, in its entirety and with no award of attorneys' fees, costs or disbursements to Plaintiff or Defendants by the Court. ~~Pursuant to the terms of the Agreement, the Court retains jurisdiction over disputes between the parties for purposes of enforcement of the settlement.~~ **The Court declines to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties.**

[INTENTIONALLY LEFT BLANK – SIGNATURES ON FOLLOWING PAGE]

---

[1] Altice Technical Services US Corp. was terminated on October 24, 2023, per the order from Judge Kiyo A. Matsumoto.

FLSA Settlement and Release Agreement, Page 8

Doc ID: 3d59f5db8533af88765614906b8601624aa56071

_____
*Attorney for Plaintiff*
Name: Christopher Q. Davis, Esq.
       Rachel M. Haskell, Esq.
Address: The Law Office of
       Christopher Q. Davis
       80 Broad Street, Ste. 703
       New York, NY 10004
Telephone: (646) 430-7930
Email: cdavis@workingsolutionsnyc.com
      rhaskell@workingsolutionsnyc.com

Dated: 01 / 29 / 2024

_____
*Attorneys for Defendants Altice USA and CSC Holdings, LLC*
Name: Jonathan M. Kozak, Esq.
       Elyse Patterson, Esq.
Address: Jackson Lewis P.C.
       44 South Broadway, 14th Fl.
       New York, NY 10601

Telephone: (914) 872-8060
Email: jonathan.kozak@jacksonlewis.com
      elyse.patterson@jacksonlewis.com

Dated: 4/30/24

_____
*Attorneys for Defendants Amix Services, Inc. d/b/a ASI Fiber Group*
Name: Michael T. Rogers, Esq.
       Ariana Marte Acevedo, Esq.
Address: Wasserman Grubin & Rogers, LLP
       1700 Broadway, 16th Floor
       New York, NY 10019
Telephone: (212) 581-3320
Email: amacevedo@wgrlaw.com
      mrogers@wgrlaw.com
Dated: 4/30/2024

SO ORDERED THIS  31  DAY OF  May  , 2024.

_____
United States Magistrate Judge

4884-4405-6479, v. 1

FLSA Settlement and Release Agreement, Page 9

Doc ID: 3d59f5db8533af88765614906b8601624aa56071